FILED
CLERK, U.S. DISTRICT COURT
DEC 4, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SALMAS | CASE NUMBER |
| | 8:15-cv-1981-GHK (GJSx) |
| PLAINTIFF(S) | |
| v. | |
| T-MOBILE USA INC. | ORDER RE REQUEST TO PROCEED |
| | *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____
Date                                  United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- [x] Inadequate showing of indigency
- [ ] District Court lacks jurisdiction
- [ ] Legally and/or factually patently frivolous
- [ ] Immunity as to _____
- [ ] Other: _____

Comments:

Plaintiff's declaration stating that he has absolutely no income, receives no gifts, and has no savings reveals absolutely no means of self-support. Nonetheless, Plaintiff has filed lawsuits in this Court within the last three years in which he has paid the court filing fee. Any future request to proceed in forma pauperis must clarify these deficiencies.

November 30, 2015                          */s/ [signature]*
Date                                  United States Magistrate Judge

---

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] GRANTED
- [x] DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby:    [x] DISMISSED.    [ ] REMANDED.

12/3/15                                   George H. King, Chief Judge
Date                                  United States District Judge

CV-73 (01/15)                **ORDER RE REQUEST TO PROCEED** *IN FORMA PAUPERIS*